02-10-394-CV














 

 

 

COURT OF APPEALS

SECOND DISTRICT OF TEXAS

FORT WORTH

 

NO. 02-10-00394-CV 

 

 


 
 
 Isabella P. Chancellor
 
 
  
 
 
 APPELLANT
 
 
 
 
  
 V.
  
 
 
 
 
 JPMorgan Chase Bank, N.A.,
 JPMorgan Chase & Co., David Munson, Deborah Pointer, and Wendy Boots
 
 
  
 
 
 APPELLEES 
 
 


 

 

------------

 

FROM THE
67th District Court OF Tarrant
COUNTY

------------

MEMORANDUM OPINION[1] AND
JUDGMENT

------------

 

Appellant
filed a notice of appeal from the trial court=s July
27, 2010 “Final Order Of Dismissal Without Prejudice.”  The trial court subsequently granted appellant=s
motion to reinstate on November 1, 2010, while it still had plenary
jurisdiction over the case.  See
Tex. R. Civ. P. 165a(3).

On November
3, 2010, we informed the parties that it appeared the trial court=s
granting of appellant’s motion to reinstate rendered this appeal moot and that
the appeal would be dismissed as moot unless, on or before Monday, November 15,
2010, appellant filed a response showing grounds for continuing the
appeal.  Appellant responded, agreeing
that the appeal should be dismissed as moot. 

Accordingly,
on this court=s
own motion, we dismiss the appeal as moot. See Tex. R. App. P. 43.2(f).

 

PER
CURIAM

 

PANEL:  GABRIEL, J.;
LIVINGSTON, C.J.; and DAUPHINOT, J.  

 

DELIVERED:  November 18, 2010











[1]See Tex. R. App. P. 47.4.